**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

IDRIS OTE HAMPTON                                                                           PLAINTIFF

vs.                                                                Civil Action No. 3:09-cv-406 HTW-LRA

SHERIFF MALCOLM McMILLIN, ET AL.                                          DEFENDANTS

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within ten (10) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

The motions to dismiss [docket # 14 and docket # 27] filed by Hinds County on behalf of Herman Thurman are granted, and the complaint is dismissed without prejudice as to defendant Thurman.

**SO ORDERED, this the 10th day of August, 2010.**

                                                  **s/ HENRY T. WINGATE
CHIEF JUDGE
UNITED STATES DISTRICT COURT**